AUCTION MANAGEMENT SOLU-
TIONS, INC., Plaintiff/Counter-
claim Defendant, Appellant,

and

Bidsoft, LLC, Counterclaim Defendant,

v.

MANHEIM AUCTIONS, INC.,
Defendant/Counterclaimant–
Appellee,

and

Manheim Services Corporation,
Counterclaimant–Appellee.

No. 2009–1353.

United States Court of Appeals,
Federal Circuit.

Aug. 10, 2009.

Roger D. Taylor, Finnegan, Henderson, Farabow, Atlanta, GA, for Plaintiff/Counterclaim Defendant, Appellant.

George F. Pappas, Covington & Burling LLP, Washington, DC, for Defendant/Counterclaimant–Appellee and Counterclaimant–Appellee.

ON MOTION

*ORDER*

Upon consideration of the joint motion to dismiss this appeal for lack of jurisdiction, due to an unresolved counterclaim at the district court,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.